UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) Cause No. 1:18-cr-127-SEB-TAB |
| v. | ) ) |
| DIONDRE JONES, | ) ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

Count One

*(21 U.S.C. 841(a)(1) Distribution of Controlled Substances)*

On or about December 28, 2017, in the Southern District of Indiana, DIONDRE JONES, defendant herein, knowingly and intentionally distributed a detectable amount of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Count Two

*(21 U.S.C. 841(a)(1) Distribution of Controlled Substances)*

On or about January 17, 2018, in the Southern District of Indiana, DIONDRE JONES, defendant herein, knowingly and intentionally distributed a detectable amount of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FILED APR 25 2018
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

Count Three

*(18 U.S.C. 924(c)—Possession of a Firearm in Furtherance of Drug Trafficking Activity)*

On or about January 17, 2018 in the Southern District of Indiana, DIONDRE JONES, defendant herein, did knowingly possess a firearm, that is, a black Phoenix Arms .22 caliber handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug offense charged in Count Two; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

Count Four

*(18 U.S.C. 922(g)(1) Felon in Possession of a Firearm)*

On or about January 17, 2018, in the Southern District of Indiana, DIONDRE JONES, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year (to wit: felony Possession of Cocaine, Tippecanoe County, Indiana, Cause Number 79D01-0608-FB-000047), did knowingly possess in and affecting interstate or foreign commerce a firearm, that is, a black Mossburg 715T .22 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

Count Five

*(21 U.S.C. 841(a)(1) Distribution of Controlled Substances)*

On or about January 22, 2018, in the Southern District of Indiana, DIONDRE JONES, defendant herein, knowingly and intentionally distributed a detectable amount of a mixture or

substance containing a detectable amount of alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Count Six

*(18 U.S.C. 922(g)(1) Felon in Possession of a Firearm)*

On or about January 22, 2018, in the Southern District of Indiana, DIONDRE JONES, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year (to wit: felony Possession of Cocaine, Tippecanoe County, Indiana, Cause Number 79D01-0608-FB-000047), did knowingly possess in and affecting interstate or foreign commerce a firearm, that is, a black Phoenix Arms .22 caliber handgun, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE**

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offenses set forth in Counts Three, Four, or Six of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3. Pursuant to Title 21, United States Code, Section 853, if convicted of the offenses

set forth in Counts One, Two, or Five of the Indictment, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

4. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraphs 2 and 3, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Michelle P. Brady
Assistant United States Attorney